IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANTHONY TERRY DAN,<br><br>            Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY et al.,<br><br>            Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-488-DN<br><br>District Judge David Nuffer |

The Court last heard from Plaintiff when he filed a change of address, dated October 13, 2016. On November 15, 2016, the Court ordered Plaintiff to within thirty days "either verify he is still a prisoner or file a renewed Application to Proceed IFP, reflecting non-prisoner status." That order was returned to sender, marked "NOT KNOWN UNABLE TO FORWARD."

**IT IS THEREFORE ORDERED** that, for failure to prosecute, *see* DUCivR 41-2, the complaint is dismissed.  This case is **CLOSED**.

Signed January 18, 2017.

BY THE COURT

_____
David Nuffer
United States District Judge